UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

OMAR CISSE,

              Petitioner,                     Case No. 1:26-cv-1886

v.                                     Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

              Respondents.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:   July 7, 2026                  /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge